```
            UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 38975
   MARK LANTRIP
   SANDRA S LANTRIP                             CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

          Debtor
    SSN XXX-XX-5372     SSN XXX-XX-9377


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 10/20/04 and confirmed on 12/10/04.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  16600.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| BANK ONE | SECURED | 10000.00 | 1240.38 | 10000.00 |
| CLERK OF THE CIRCUIT COU | PRIORITY | NOT FILED | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 200.00 | .00 | 200.00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| A ALL FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWEST COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| AFFORDABLE CASH ADVANCE | UNSECURED | NOT FILED | .00 | .00 |
| ALEXIAN BROTHERS MEDICAL | UNSECURED | 3186.85 | .00 | 318.69 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 774.93 | .00 | 77.49 |
| PRIMARY FINANCIAL SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| CENTRA | UNSECURED | NOT FILED | .00 | .00 |
| CHECK INTO CASH INC | FILED LATE | .00 | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| RJ ROTCHE & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY & AMBULATORY C | UNSECURED | NOT FILED | .00 | .00 |
| FAST CASH ADVANCE | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| FAST CASH ADVANCE | UNSECURED | 1062.66 | .00 | 106.27 |
| ROUNDUP FUNDING LLC | UNSECURED | 460.85 | .00 | 46.09 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 360.77 | .00 | 36.08 |
| GLEN OAKS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 516.11 | .00 | 51.61 |
| ILLINOIS TITLE LOANS | UNSECURED | NOT FILED | .00 | .00 |
| MCI | UNSECURED | NOT FILED | .00 | .00 |

```
MERRICK BANK                  UNSECURED      944.76          .00        94.48
ECAST SETTLEMENT CORPORA      UNSECURED      620.42          .00        62.04
NORTHWEST COLLECTION          UNSECURED    NOT FILED         .00          .00
ANESTHESIOLOGY                UNSECURED    NOT FILED         .00          .00
PROFESSIONAL CARDIAC SRV      UNSECURED    NOT FILED         .00          .00
SBC BANKRUPTCY DESK           UNSECURED      675.51          .00        67.55
SHORT TERMS LOANS             UNSECURED      756.61          .00        75.66
SUBURBAN LUNG ASSOC           UNSECURED    NOT FILED         .00          .00
SUBURBAN RADIOLOGISTS         UNSECURED    NOT FILED         .00          .00
TALK AMERICA                  UNSECURED    NOT FILED         .00          .00
TCF BANK                      UNSECURED    NOT FILED         .00          .00
TELECHECK                     UNSECURED    NOT FILED         .00          .00
COTTONWOOD FINANCIAL LTD      UNSECURED     1040.40          .00       104.04
USLD                          UNSECURED    NOT FILED         .00          .00
WEST SUBURBAN MULTI SPEC      UNSECURED    NOT FILED         .00          .00
WEST SUBURBAN MULTI SPEC      UNSECURED      404.41          .00        40.44
CASH O RAMA                   UNSECURED    NOT FILED         .00          .00
DIRECT TV                     UNSECURED    NOT FILED         .00          .00
CAPITAL ONE AUTO FINANCE      UNSECURED     6483.12          .00       648.31
BANK ONE                      UNSECURED     2075.10          .00       207.51
ALEXIAN BROTHERS MEDICAL      UNSECURED      601.02          .00        60.10
ECAST SETTLEMENT CORPORA      UNSECURED      705.18          .00        70.52
      Summary of disbursements:
------------------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  10000.00     200.00    20668.70          .00     30868.70
PRINCIPAL PAID      10000.00     200.00     2066.88          .00     12266.88
INTEREST PAID        1240.38        .00         .00          .00      1240.38
TOTAL PAID          11240.38     200.00     2066.88          .00     13507.26
```

The Debtor's attorney, KOFKIN & SCHEINBAUM         , was allowed $   2700.00
and was paid $    506.00  direct and $   2194.00  through the plan.

The Trustee received $     681.39 .

Refunds to the Debtor totaled $    217.35 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 06/23/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE

```
                            PAGE   3
    CASE NO. 04 B 38975 MARK LANTRIP & SANDRA S LANTRIP
```